# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ERENDIDA FRANCO-HERNANDEZ, et al., and all others similarly situated**,

    Plaintiffs,

v.

**SOUTHERN VALLEY FRUIT AND VEGETABLE, INC., et al.**,

    Defendants.

Civil Action No. 7:14-CV-62 (HL)

## ORDER

Pursuant to Local Rule 87, Defendants Southern Valley Fruit and Vegetable, Inc. and Hamilton Growers, Inc. are ordered to file a corporate disclosure statement by no later than September 25, 2014. Failure to do so will result in sanctions against the party and/or counsel.

**SO ORDERED** this 18th day of September, 2014.

                    *s/ Hugh Lawson*
                    **HUGH LAWSON, SENIOR JUDGE**

aks