IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

_____
ERENDIDA FRANCO-HERNANDEZ, et al.,          :
and all others similarly situated,          :
                                            :
          Plaintiffs,                       :
                                            :
v.                                          :  CIVIL ACTION NO.: 7:14-cv-62
                                            :
SOUTHERN VALLEY FRUIT & VEGETABLE,          :
INC., et al.,                               :
                                            :
          Defendants.                       :
_____     :


**NOTICE OF FILING FLSA CONSENTS TO SUE FOR TWO OPT-IN PLAINTIFFS**

Plaintiffs hereby give notice that the FLSA consents to sue of two Opt-In Plaintiffs have

been filed with this notice. These FLSA consent forms supplement those filed as Exhibit A to

the initial complaint in this action, and are filed hereto in redacted format supplementing those

attached as Exhibit A to Plaintiffs' Motion for Leave to File FLSA Opt-In Consent Forms Under

Seal and Subject to a Confidentiality Order. Doc. 97. These Opt-In Plaintiffs seek to join the

claims in this action. Unredacted copies of these Opt-In Consent Forms have been provided to

the Court and Opposing Counsel via email for attorneys' eyes only.


Respectfully submitted this 4th day of May, 2015,


/s/ Dawson Morton
Dawson Morton
Georgia Bar No. 525985
dmorton@glsp.org
Georgia Legal Services Program
104 Marietta Street, NW, Suite 250
Atlanta, GA 30303

Phone:  (404) 463-1633
Fax:  (404) 463-1623

*Attorney for Plaintiffs*

Michelle R. Lapointe
Georgia Bar Number 007080
James M. Knoepp
Georgia Bar Number 366241
Eunice H. Cho (Admitted *Pro Hac Vice*)
California Bar Number 266417
Southern Poverty Law Center
1989 College Avenue NE
Atlanta, GA 30317
Phone: (404) 521-6700

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 4th day of May, 2015, filed electronically with the Clerk of the Court the foregoing **NOTICE OF FILING FLSA CONSENTS TO SUE FOR TWO OPT-IN PLAINTIFFS** and all attachments.  The Court, using the CM/ECF system, will send notification of such filing to the following:

> Benton J. Mathis
> Martin B. Heller
> Freeman Mathis & Gary, LLP
> 100 Galleria Parkway, Suite 1600
> Atlanta, GA 30339
> Tel: 770-818-0000
> bmathis@fmglaw.com
> mheller@fmglaw.com
> *Attorneys for Defendants*

I HEREBY CERTIFY that I will also on this 4th day of May, 2015, email unredacted copies of the filing to the Court and opposing counsel listed above by email.

/s/ Dawson Morton
Counsel for Plaintiffs

TRANSLATION:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| SOUTHERN VALLEY FRUIT & VEGETABLE, | : CIV. ACTION NO. 7:14-cv-62 (HL) |
| INC., et al., | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims with respect to labor I performed for Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Farms Mex, L.P., Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC, WK Mex Properties, L.P., and WKW, LLC in the state of Georgia during the year(s) /redacted/ 2013 - Dec 31, 2013 .

This 24 day of April , 2015.

Signature: /redacted signature/

Name (printed): /printed name redacted/

ERENDIDA FRANCO-HERNÁNDEZ, et al          :

   Demandantes,                                      :

                                        :

contra                                                            :          ACCIÓN CIVIL N° 7:14-cv-62 (HL)

                                         :

SOUTHERN VALLEY FRUIT & VEGETABLE,          :
INC., y todos                                                  :

## NOTIFICACIÓN DE CONSENTIMIENTO PARA PRESENTAR DEMANDA

     POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante participante en esta Demanda Judicial con respecto a mis reclamaciones referentes al trabajo que yo hice para Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Farms Mex, L.P., Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC, WK Mex Properties, L.P. y WKW, LLC en el estado de Georgia durante el año o años _____
_____ 2013 — 31 Dec 2013

     Éste, el día 24 de Abril de 20 15 .

     Firma: _____

     Nombre (escribir en letra de molde): _____

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum

wage provisions of the Fair Labor Standards Act with respect to labor I performed in the

State(s) of _____Georgia_____ during the year(s) _____2013_____.

**Signature:** _____/redacted signature/_____

Name _____/printed name redacted/_____


## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

**YO POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido

Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de

Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de _____

Georgia _____ durante el(los) año(s) _____2013_____.

Firma: _____

Nombre _____