IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

_____

ERENDIDA FRANCO-HERNANDEZ, et al.,           :
and all others similarly situated,           :
                                             :
        Plaintiffs,                          :
                                             :
v.                                           :   CIVIL ACTION NO.: 7:14-cv-62
                                             :
SOUTHERN VALLEY FRUIT & VEGETABLE,           :
INC., et al.,                                :
                                             :
        Defendants.                          :
_____     :


**NOTICE OF FILING FLSA CONSENTS TO SUE FOR TWO OPT-IN PLAINTIFFS**

        Plaintiffs hereby give notice that the FLSA consents to sue of two Opt-In Plaintiffs have

been filed with this notice.  These FLSA consent forms supplement those filed as Exhibit A to

the initial complaint in this action, and are filed hereto in redacted format supplementing those

attached as Exhibit A to Plaintiffs' Motion for Leave to File FLSA Opt-In Consent Forms Under

Seal and Subject to a Confidentiality Order.  Doc. 97.  These Opt-In Plaintiffs seek to join the

claims in this action.  Unredacted copies of these Opt-In Consent Forms have been provided to

the Court and Opposing Counsel via email for attorneys' eyes only.


                        Respectfully submitted this 15th day of May, 2015,


                                /s/ Dawson Morton
                                Dawson Morton
                                Georgia Bar No. 525985
                                dmorton@glsp.org
                                Georgia Legal Services Program
                                104 Marietta Street, NW, Suite 250
                                Atlanta, GA  30303

Phone:  (404) 463-1633
Fax:  (404) 463-1623

*Attorney for Plaintiffs*

Michelle R. Lapointe
Georgia Bar Number 007080
James M. Knoepp
Georgia Bar Number 366241
Eunice H. Cho (Admitted *Pro Hac Vice*)
California Bar Number 266417
Southern Poverty Law Center
1989 College Avenue NE
Atlanta, GA 30317
Phone: (404) 521-6700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 15th day of May, 2015, filed electronically with the Clerk of the Court the foregoing **NOTICE OF FILING FLSA CONSENTS TO SUE FOR TWO OPT-IN PLAINTIFFS** and all attachments. The Court, using the CM/ECF system, will send notification of such filing to the following:

Benton J. Mathis
Martin B. Heller
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Tel: 770-818-0000
bmathis@fmglaw.com
mheller@fmglaw.com
*Attorneys for Defendants*

I HEREBY CERTIFY that I will also on this 15th day of May, 2015, email unredacted copies of the filing to the Court and opposing counsel listed above by email.

/s/ Dawson Morton
Counsel for Plaintiffs

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of _____**GEORGIA**_____during the year(s) _____2013_____.

**Signature:** _____/signature redacted/_____

Name _____/printed name redacted/_____

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

**YO POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de _____GEORGIA_____ _____ durante el(los) año(s) _____2013_____.

\*\*\* **Firma:** _____

Nombre _____

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of _____GEORGIA_____ during the year(s) _____2013_____.

**Signature:** _____/signature redacted/_____

Name _____/printed name redacted/_____

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

**YO POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de _____GEORGIA_____ _____ durante el(los) año(s) _____2013_____.

\*\*\* **Firma:** ████████████ _____

Nombre ████████████████ _____