IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., and all others similarly situated, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO.: 7:14-cv-62 : |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., | : : : |
| Defendants. | : : : |

**NOTICE OF FILING FLSA CONSENT TO SUE FOR ONE OPT-IN PLAINTIFFS**

Plaintiffs hereby give notice that the FLSA consent to sue of one Opt-In Plaintiffs has been filed with this notice. This FLSA consent form supplements those filed as Exhibit A to the initial complaint in this action, and is filed hereto in redacted format supplementing those attached as Exhibit A to Plaintiffs' Motion for Leave to File FLSA Opt-In Consent Forms Under Seal and Subject to a Confidentiality Order. Doc. 97. This Opt-In Plaintiff seeks to join the claims in this action. An unredacted copy of this Opt-In Consent Form has been provided to the Court and Opposing Counsel via email for attorneys' eyes only.

Respectfully submitted this 18th day of May, 2015,

/s/ Dawson Morton
Dawson Morton
Georgia Bar No. 525985
dmorton@glsp.org
Georgia Legal Services Program
104 Marietta Street, NW, Suite 250
Atlanta, GA 30303

Phone:  (404) 463-1633
Fax:  (404) 463-1623

*Attorney for Plaintiffs*

Michelle R. Lapointe
Georgia Bar Number 007080
James M. Knoepp
Georgia Bar Number 366241
Eunice H. Cho (Admitted *Pro Hac Vice*)
California Bar Number 266417
Southern Poverty Law Center
1989 College Avenue NE
Atlanta, GA 30317
Phone: (404) 521-6700

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 18th day of May, 2015, filed electronically with the Clerk of the Court the foregoing **NOTICE OF FILING FLSA CONSENT TO SUE FOR ONE OPT-IN PLAINTIFFS** and all attachments. The Court, using the CM/ECF system, will send notification of such filing to the following:

>Benton J. Mathis
>Martin B. Heller
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, GA 30339
>Tel: 770-818-0000
>bmathis@fmglaw.com
>mheller@fmglaw.com
>*Attorneys for Defendants*

I HEREBY CERTIFY that I will also on this 18th day of May, 2015, email unredacted copies of the filing to the Court and opposing counsel listed above by email.

>/s/ Dawson Morton
>Counsel for Plaintiffs

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __GEORGIA__ during the year(s) __2011-2013__.

Signature: /signature redacted/

Name: /printed name redacted/

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

YO POR LA PRESENTE DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de __Georgia__ durante el(los) año(s) __2011-2013__.

Firma: ███████████

Nombre ███████████