IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., and all others similarly situated, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : CIVIL ACTION NO.: 7:14-cv-62 <br> : |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., | : <br> : <br> : |
| Defendants. | : <br> : |

**NOTICE OF FILING FLSA CONSENT TO SUE FOR ONE OPT-IN PLAINTIFFS**

Plaintiffs hereby give notice that the FLSA consent to sue of one Opt-In Plaintiffs has been filed with this notice. This FLSA consent form supplements those filed as Exhibit A to the initial complaint in this action, and is filed hereto in redacted format supplementing those attached as Exhibit A to Plaintiffs' Motion for Leave to File FLSA Opt-In Consent Forms Under Seal and Subject to a Confidentiality Order. Doc. 97. This Opt-In Plaintiff seeks to join the claims in this action. An unredacted copy of this Opt-In Consent Form has been provided to the Court and Opposing Counsel via email for attorneys' eyes only.

Respectfully submitted this 26th day of June, 2015,

/s/ Dawson Morton
Dawson Morton
Georgia Bar No. 525985
dmorton@glsp.org
Georgia Legal Services Program
104 Marietta Street, NW, Suite 250
Atlanta, GA 30303

Phone: (404) 463-1633
Fax: (404) 463-1623

*Attorney for Plaintiffs*

Michelle R. Lapointe
Georgia Bar Number 007080
James M. Knoepp
Georgia Bar Number 366241
Eunice H. Cho (Admitted *Pro Hac Vice*)
California Bar Number 266417
Southern Poverty Law Center
1989 College Avenue NE
Atlanta, GA 30317
Phone: (404) 521-6700

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 26th day of June, 2015, filed electronically with the Clerk of the Court the foregoing **NOTICE OF FILING FLSA CONSENT TO SUE FOR ONE OPT-IN PLAINTIFFS** and all attachments.  The Court, using the CM/ECF system, will send notification of such filing to the following:

>Benton J. Mathis
>Martin B. Heller
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, GA 30339
>Tel: 770-818-0000
>bmathis@fmglaw.com
>mheller@fmglaw.com
>*Attorneys for Defendants*

I HEREBY CERTIFY that I will also on this 26th day of June, 2015, email unredacted copies of the filing to the Court and opposing counsel listed above by email.

>/s/ Dawson Morton
>Counsel for Plaintiffs

TRANSLATION:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., | : |
| Plaintiffs, | : |
| v. | : |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., | : CIV. ACTION NO. 7:14-cv-62 (HL) |
| Defendants. | : |

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims with respect to labor I performed for Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Farms Mex, L.P., Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC, WK Mex Properties, L.P., and WKW, LLC in the state of Georgia during the year(s) __2012__ .

This __26__ day of __June__, 2015.

Signature: __/signature redacted/__

Name (printed): __/printed name redacted/__

6

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS DE AMÉRICA
## PARA EL DISTRITO CENTRAL DEL ESTADO DE GEORGIA
### DIVISIÓN DE VALDOSTA

| | |
|---|---|
| ERENDIDA FRANCO-HERNÁNDEZ, et al<br><br>Demandantes,<br><br>contra<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC., y todos | ACCIÓN CIVIL N° 7:14-cv-62 (HL) |

## NOTIFICACIÓN DE CONSENTIMIENTO PARA PRESENTAR DEMANDA

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante participante en esta Demanda Judicial con respecto a mis reclamaciones referentes al trabajo que yo hice para Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Farms Mex, L.P., Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC, WK Mex Properties, L.P. y WKW, LLC en el estado de Georgia durante el año o años _2012_.

Esto, el día _26_ de _Junio_ de 20_15_.

Firma: ███

Nombre (*escribir en letra de molde*): ███