IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., and all others similarly situated, | : : : |
| Plaintiffs, | : : |
| v. | :  CIVIL ACTION NO.: 7:14-cv-62 |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., | : : : : |
| Defendants. | : : |

**NOTICE OF FILING FLSA CONSENTS TO SUE FOR OPT-IN PLAINTIFFS JIMMY BOATWRIGHT, DERRICK BRINNER, AND KENDRICK BROWN**

Plaintiffs hereby give notice that the FLSA consents to sue of Jimmy Boatwright, Derrick Brinner, and Kendrick Brown have been filed with this notice. These FLSA consent forms supplement those filed as Exhibit A to the initial complaint in this action. These Opt-in Plaintiffs seek to join the claims in this action. Because these opt-ins are U.S. workers, they do not seek to file their consents under seal.

Respectfully submitted this 29th day of June, 2015,

/s/ Dawson Morton
Dawson Morton
Georgia Bar No. 525985
dmorton@glsp.org
Georgia Legal Services Program
104 Marietta Street, NW, Suite 250
Atlanta, GA  30303
Phone:  (404) 463-1633
Fax:  (404) 463-1623

*Attorney for Plaintiffs*
Michelle R. Lapointe

Georgia Bar Number 007080
James M. Knoepp
Georgia Bar Number 366241
Eunice H. Cho (Admitted *Pro Hac Vice*)
California Bar Number 266417
Southern Poverty Law Center
1989 College Avenue NE
Atlanta, GA 30317
Phone: (404) 521-6700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 29th day of June, 2015, filed electronically with the Clerk of the Court the foregoing NOTICE OF FILING FLSA CONSENT TO SUE FOR OPT-IN PLAINTIFFS JIMMY BOATWRIGHT, DERRICK BRINNER, AND KENDRICK BROWN, and all attachments. The Court, using the CM/ECF system, will send notification of such filing to the following:

> Benton J. Mathis
> Martin B. Heller
> Freeman Mathis & Gary, LLP
> 100 Galleria Parkway, Suite 1600
> Atlanta, GA 30339
> Tel: 770-818-0000
> bmathis@fmglaw.com
> mheller@fmglaw.com
> *Attorneys for Defendants*

/s/ Dawson Morton
Counsel for Plaintiffs

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of _Georgia_ during the year(s) _2010 - 2014_.

Signature: _[signed]_

Name _Jimmy Boatwright_

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

YO POR LA PRESENTE DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de _____ durante el(los) año(s) _____.

Firma: _____

Nombre _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., | : |
| Plaintiffs, | : |
| v. | : |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., | : CIV. ACTION NO. 7:14-cv-62 (HL) |
| Defendants. | : |

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims with respect to labor I performed for Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Farms Mex, L.P., Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC, WK Mex Properties, L.P., and WKW, LLC in the state of Georgia during the year(s) 6-23-13 to 6-19-14.

This 22 day of June, 2015.

Signature: _Derrick B____

Name (printed): _Derrick Brinner_

**\*PLEASE COMPLETE ALL CONTACT INFORMATION ON THE BACK OF THIS PAPER\***

6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., <br><br> Defendants. | CIV. ACTION NO. 7:14-cv-62 (HL) |

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims with respect to labor I performed for Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Farms Mex, L.P., Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC, WK Mex Properties, L.P., and WKW, LLC in the state of Georgia during the year(s) 2012, 2013.

This 25 day of June, 2015.

Signature: Kendrick Brown

Name (printed): Kendrick Brown

**\*PLEASE COMPLETE ALL CONTACT INFORMATION ON THE BACK OF THIS PAPER\***