IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERENDIDA FRANCO-HERNANDEZ, et al., and all others similarly situated, | : : : |
| Plaintiffs, | : : |
| v. | :  CIVIL ACTION NO.: 7:14-cv-62 : |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al., | : : : |
| Defendants. | : : |

**NOTICE OF FILING FLSA CONSENT TO SUE FOR OPT-IN PLAINTIFF MARY GLOVER WILLIAMS**

Plaintiffs hereby give notice that the FLSA consent to sue of Mary Williams (née Glover) has been filed with this notice. This FLSA consent form supplements those filed as Exhibit A to the initial complaint in this action. This Opt-in Plaintiff seeks to join the claims in this action.

Respectfully submitted this 6th day of July, 2015,

/s/ Dawson Morton
Dawson Morton
Georgia Bar No. 525985
dmorton@glsp.org
Georgia Legal Services Program
104 Marietta Street, NW, Suite 250
Atlanta, GA  30303
Phone:  (404) 463-1633
Fax:  (404) 463-1623

*Attorney for Plaintiffs*
Michelle R. Lapointe
Georgia Bar Number 007080
James M. Knoepp

Georgia Bar Number 366241
Eunice H. Cho (Admitted *Pro Hac Vice*)
California Bar Number 266417
Southern Poverty Law Center
1989 College Avenue NE
Atlanta, GA 30317
Phone: (404) 521-6700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 6th day of July, 2015, filed electronically with the Clerk of the Court the foregoing NOTICE OF FILING FLSA CONSENT TO SUE FOR OPT-IN PLAINTIFF MARY GLOVER WILLIAMS, and all attachments. The Court, using the CM/ECF system, will send notification of such filing to the following:

    Benton J. Mathis
    Martin B. Heller
    Freeman Mathis & Gary, LLP
    100 Galleria Parkway, Suite 1600
    Atlanta, GA 30339
    Tel: 770-818-0000
    bmathis@fmglaw.com
    mheller@fmglaw.com
    *Attorneys for Defendants*

    /s/ Dawson Morton
    Counsel for Plaintiffs

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of _Georgia_ during the year(s) _2012_.

Signature: _Mary Williams (Glover)_

Name: _Mary Williams (Glover)_