| Name | Total Settlement Wages | Wrongful Termination | Final Total Wages | Wage Payment 1 | Wage Payment 2 | Total Settlement Liquidated Damages | Total Settlement Interest | Final Total Non-Wages | Non-Wage Payment 1 | Non-Wage Payment 2 | Total Before Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alec Daniels | $19.63 | $1,500.00 | $1,519.63 | $759.82 | $759.82 | $0.00 | $4.44 | $4.44 | $2.22 | $2.22 | $1,524.07 |
| Alex Williams | $47.17 | | $0,047.17 | $23.59 | $23.59 | $0.00 | $10.42 | $10.42 | $5.21 | $5.21 | $57.59 |
| Alexis Ayala Alvarado | $2,767.81 | | $2,767.81 | $1,383.91 | $1,383.91 | $291.84 | $580.62 | $872.46 | $436.23 | $436.23 | $3,640.26 |
| Ana Leticia Ponce Rubio | $4,571.81 | | $4,571.81 | $2,285.91 | $2,285.91 | $4,261.08 | $1,087.23 | $5,348.31 | $2,674.16 | $2,674.16 | $9,920.11 |
| Antonia Reyes Velez | $1,644.84 | | $1,644.84 | $822.42 | $822.42 | $1,488.87 | $257.20 | $1,746.07 | $873.04 | $873.04 | $3,390.92 |
| Antonio Hernandez Hernandez | $2,632.87 | | $2,632.87 | $1,316.44 | $1,316.44 | $553.68 | $497.15 | $1,050.83 | $525.42 | $525.42 | $3,683.69 |
| Aracely Martinez Martinez | $4,710.08 | | $4,710.08 | $2,355.04 | $2,355.04 | $4,152.26 | $884.42 | $5,036.68 | $2,518.34 | $2,518.34 | $9,746.76 |
| Billy Pace | $71.96 | $1,500.00 | $1,571.96 | $785.98 | $785.98 | $0.00 | $16.69 | $16.69 | $8.35 | $8.35 | $1,588.64 |
| Carlsell Thrower | $161.83 | $1,500.00 | $1,661.83 | $830.92 | $830.92 | $0.00 | $38.07 | $38.07 | $19.04 | $19.04 | $1,699.90 |
| Cedrick Whitus | $1,926.07 | | $1,926.07 | $963.04 | $963.04 | $1,058.63 | $353.80 | $1,412.43 | $706.22 | $706.22 | $3,338.51 |
| Celestino Espinoza Francisco | $5,469.66 | | $5,469.66 | $2,734.83 | $2,734.83 | $1,074.42 | $866.27 | $1,940.69 | $970.35 | $970.35 | $7,410.34 |
| Charles Copeland II | $201.75 | | $0,201.75 | $100.88 | $100.88 | $0.00 | $28.67 | $28.67 | $14.34 | $14.34 | $230.42 |
| Chasity Merritt | $48.07 | | $0,048.07 | $24.04 | $24.04 | $0.00 | $14.32 | $14.32 | $7.16 | $7.16 | $62.39 |
| Cheryl Breland | $20.87 | $1,500.00 | $1,520.87 | $760.44 | $760.44 | $0.00 | $4.66 | $4.66 | $2.33 | $2.33 | $1,525.53 |
| Ciriaco Morales Espinoza | $596.30 | | $0,596.30 | $298.15 | $298.15 | $341.50 | $94.65 | $436.15 | $218.08 | $218.08 | $1,032.45 |
| Connie Slater | $510.47 | | $0,510.47 | $255.24 | $255.24 | $0.00 | $155.43 | $155.43 | $77.72 | $77.72 | $665.90 |
| Dalila Mejia Barrera | $6,253.53 | | $6,253.53 | $3,126.77 | $3,126.77 | $5,660.00 | $1,131.73 | $6,791.73 | $3,395.87 | $3,395.87 | $13,045.26 |
| David Clark | $487.61 | | $0,487.61 | $243.81 | $243.81 | $0.00 | $147.97 | $147.97 | $73.99 | $73.99 | $635.58 |
| Derrick Brinner | $918.98 | | $0,918.98 | $459.49 | $459.49 | $87.69 | $116.61 | $204.30 | $102.15 | $102.15 | $1,123.28 |
| Derrick Green | $87.60 | $1,500.00 | $1,587.60 | $793.80 | $793.80 | $0.00 | $20.56 | $20.56 | $10.28 | $10.28 | $1,608.16 |
| De'Unta Anderson | $20.38 | | $0,020.38 | $10.19 | $10.19 | $0.00 | $4.55 | $4.55 | $2.28 | $2.28 | $24.93 |
| Dolores Anzurez Bacilio | $8,698.66 | | $8,698.66 | $4,349.33 | $4,349.33 | $7,903.13 | $1,263.65 | $9,166.78 | $4,583.39 | $4,583.39 | $17,865.45 |
| Edmond Cornelius Thomas | $26.92 | | $0,026.92 | $13.46 | $13.46 | $0.00 | $6.64 | $6.64 | $3.32 | $3.32 | $33.56 |
| Eloy Acosta Hernandez | $606.31 | | $0,606.31 | $303.16 | $303.16 | $341.50 | $96.21 | $437.71 | $218.86 | $218.86 | $1,044.02 |
| Erendida Franco Hernandez | $3,495.14 | | $3,495.14 | $1,747.57 | $1,747.57 | $3,209.78 | $686.46 | $3,896.24 | $1,948.12 | $1,948.12 | $7,391.38 |
| Erica Langley | $141.46 | $1,500.00 | $1,641.46 | $820.73 | $820.73 | $0.00 | $30.37 | $30.37 | $15.19 | $15.19 | $1,671.83 |
| Ernestino Martinez Hernandez | $596.61 | | $0,596.61 | $298.31 | $298.31 | $341.50 | $94.70 | $436.20 | $218.10 | $218.10 | $1,032.81 |
| Esmeralda Ponce Rubio | $3,860.34 | | $3,860.34 | $1,930.17 | $1,930.17 | $3,442.46 | $922.72 | $4,365.18 | $2,182.59 | $2,182.59 | $8,225.52 |
| Eulalio Marquez Morales | $1,515.40 | | $1,515.40 | $757.70 | $757.70 | $376.26 | $302.93 | $679.19 | $339.60 | $339.60 | $2,194.59 |
| Fernando Mendoza Alvarez | $1,623.80 | | $1,623.80 | $811.90 | $811.90 | $581.94 | $236.54 | $818.48 | $409.24 | $409.24 | $2,442.28 |
| Francisco Luna Ramirez | $3,299.36 | | $3,299.36 | $1,649.68 | $1,649.68 | $486.12 | $608.96 | $1,095.08 | $547.54 | $547.54 | $4,394.43 |
| Gabrielle Brown | $4.03 | | $0,004.03 | $2.02 | $2.02 | $0.00 | $1.23 | $1.23 | $0.62 | $0.62 | $5.26 |
| George Luis Salazar | $2,692.13 | | $2,692.13 | $1,346.07 | $1,346.07 | $1,336.04 | $605.42 | $1,941.46 | $970.73 | $970.73 | $4,633.59 |
| Gilberto Marquez Morales | $1,341.00 | | $1,341.00 | $670.50 | $670.50 | $0.00 | $299.32 | $299.32 | $149.66 | $149.66 | $1,640.33 |
| Heraclio Jimenez Oliva | $617.15 | | $0,617.15 | $308.58 | $308.58 | $339.68 | $97.97 | $437.65 | $218.83 | $218.83 | $1,054.80 |
| Higinio Feliciano Santos | $561.20 | | $0,561.20 | $280.60 | $280.60 | $341.50 | $89.15 | $430.65 | $215.33 | $215.33 | $991.84 |
| Honorio Andablo Alonzo | $771.23 | | $0,771.23 | $385.62 | $385.62 | $275.67 | $176.33 | $452.00 | $226.00 | $226.00 | $1,223.24 |
| Idalia Rodriguez Contreras | $4,382.45 | | $4,382.45 | $2,191.23 | $2,191.23 | $3,876.92 | $801.64 | $4,678.56 | $2,339.28 | $2,339.28 | $9,061.02 |
| Isaac Mendoza Martinez | $598.06 | | $0,598.06 | $299.03 | $299.03 | $341.50 | $94.93 | $436.43 | $218.22 | $218.22 | $1,034.49 |
| James Alexander Spradley | $12.93 | | $0,012.93 | $6.47 | $6.47 | $0.00 | $2.88 | $2.88 | $1.44 | $1.44 | $15.80 |
| James Vinson | $17,747.25 | | $17,747.25 | $8,873.63 | $8,873.63 | $14,559.51 | $2,712.48 | $17,271.99 | $8,636.00 | $8,636.00 | $35,019.24 |
| Jermanius Wright | $229.53 | | $0,229.53 | $114.77 | $114.77 | $0.00 | $69.90 | $69.90 | $34.95 | $34.95 | $299.43 |
| Jerry Lee Tolbert | $616.70 | | $0,616.70 | $308.35 | $308.35 | $0.00 | $142.05 | $142.05 | $71.03 | $71.03 | $758.76 |
| Jimmy Boatwright | $8,146.41 | | $8,146.41 | $4,073.21 | $4,073.21 | $6,784.30 | $1,366.96 | $8,151.26 | $4,075.63 | $4,075.63 | $16,297.67 |
| Jonatan Aldama Carmelo | $588.48 | | $0,588.48 | $294.24 | $294.24 | $345.17 | $93.39 | $438.56 | $219.28 | $219.28 | $1,027.05 |
| Jose Encarnacion Lobaton Guerrero | $1,255.06 | | $1,255.06 | $627.53 | $627.53 | $267.56 | $281.78 | $549.34 | $274.67 | $274.67 | $1,804.39 |
| Kendrick Brown | $2,676.18 | | $2,676.18 | $1,338.09 | $1,338.09 | $552.54 | $596.42 | $1,148.96 | $574.48 | $574.48 | $3,825.15 |
| Kenneth Hadley | $48.63 | | $0,048.63 | $24.32 | $24.32 | $0.00 | $11.43 | $11.43 | $5.72 | $5.72 | $60.06 |
| Kim Burkes | $4,471.14 | | $4,471.14 | $2,235.57 | $2,235.57 | $142.13 | $1,180.92 | $1,323.05 | $661.53 | $661.53 | $5,794.19 |
| La'Darius Moore | $129.73 | $1,500.00 | $1,629.73 | $814.87 | $814.87 | $0.00 | $31.74 | $31.74 | $15.87 | $15.87 | $1,661.47 |
| Lakeisha Harris | $67.83 | $1,500.00 | $1,567.83 | $783.92 | $783.92 | $0.00 | $15.93 | $15.93 | $7.97 | $7.97 | $1,583.75 |
| Larry Davis | $140.04 | | $0,140.04 | $70.02 | $70.02 | $0.00 | $43.01 | $43.01 | $21.51 | $21.51 | $183.05 |
| Laura Zuniga Rico | $5,837.39 | | $5,837.39 | $2,918.70 | $2,918.70 | $5,168.52 | $672.96 | $5,841.48 | $2,920.74 | $2,920.74 | $11,678.86 |
| Lisa Zimmerman Peters | $254.08 | | $0,254.08 | $127.04 | $127.04 | $0.00 | $56.19 | $56.19 | $28.10 | $28.10 | $310.27 |
| Luciano Marquez Morales | $1,503.21 | | $1,503.21 | $751.61 | $751.61 | $371.82 | $300.38 | $672.20 | $336.10 | $336.10 | $2,175.41 |
| Lucina San Agustin Villegas | $6,292.08 | | $6,292.08 | $3,146.04 | $3,146.04 | $5,684.82 | $677.44 | $6,362.26 | $3,181.13 | $3,181.13 | $12,654.34 |
| Luis Enrique Chavez Serrano | $1,570.95 | | $1,570.95 | $785.48 | $785.48 | $445.80 | $230.78 | $676.58 | $338.29 | $338.29 | $2,247.53 |
| Luther J. Edwards | $69.41 | | $0,069.41 | $34.71 | $34.71 | $0.00 | $11.49 | $11.49 | $5.75 | $5.75 | $80.90 |
| Maria Luisa Salazar | $2,803.25 | | $2,803.25 | $1,401.63 | $1,401.63 | $1,417.91 | $629.80 | $2,047.71 | $1,023.86 | $1,023.86 | $4,850.96 |

| Name | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marino Morales Martinez | $883.67 | | $0,883.67 | $441.84 | $441.84 | $185.25 | $200.98 | $386.23 | $193.12 | $193.12 | $1,269.90 |
| Mary Daniels Warren | $2,716.72 | | $2,716.72 | $1,358.36 | $1,358.36 | $55.73 | $661.83 | $717.56 | $358.78 | $358.78 | $3,434.29 |
| Mary Glover Williams | $674.78 | | $0,674.78 | $337.39 | $337.39 | $0.00 | $156.45 | $156.45 | $78.23 | $78.23 | $831.22 |
| Mauro Gomez de la Cruz | $5,079.09 | | $5,079.09 | $2,539.55 | $2,539.55 | $1,111.52 | $797.15 | $1,908.67 | $954.34 | $954.34 | $6,987.76 |
| Melissa Wacaser-Jones | $543.15 | | $0,543.15 | $271.58 | $271.58 | $0.00 | $129.86 | $129.86 | $64.93 | $64.93 | $673.01 |
| Michael Todd Hatcher | $3,499.96 | | $3,499.96 | $1,749.98 | $1,749.98 | $2,224.61 | $726.28 | $2,950.89 | $1,475.45 | $1,475.45 | $6,450.85 |
| Misael Rubio Salinas | $1,774.23 | | $1,774.23 | $887.12 | $887.12 | $639.77 | $434.74 | $1,074.51 | $537.26 | $537.26 | $2,848.74 |
| Nakeisha Brown | $124.76 | $1,500.00 | $1,624.76 | $812.38 | $812.38 | $0.00 | $29.48 | $29.48 | $14.74 | $14.74 | $1,654.24 |
| Nanette Pace | $46.23 | $1,500.00 | $1,546.23 | $773.12 | $773.12 | $0.00 | $10.69 | $10.69 | $5.35 | $5.35 | $1,556.92 |
| Patrick Phillips | $63.03 | | $0,063.03 | $31.52 | $31.52 | $0.00 | $9.08 | $9.08 | $4.54 | $4.54 | $72.11 |
| Ramon Zuniga Rico | $3,260.23 | | $3,260.23 | $1,630.12 | $1,630.12 | $612.97 | $731.13 | $1,344.10 | $672.05 | $672.05 | $4,604.34 |
| Reyna Porfirio Santiago | $1,909.30 | | $1,909.30 | $954.65 | $954.65 | $1,638.77 | $430.40 | $2,069.17 | $1,034.59 | $1,034.59 | $3,978.48 |
| Ricardo Quiroz Guerrero | $440.01 | | $0,440.01 | $220.01 | $220.01 | $300.59 | $70.12 | $370.71 | $185.36 | $185.36 | $810.72 |
| Richard Osby | $155.88 | | $0,155.88 | $77.94 | $77.94 | $0.00 | $47.78 | $47.78 | $23.89 | $23.89 | $203.67 |
| Roman Gomez Hernandez | $10,167.29 | | $10,167.29 | $5,083.65 | $5,083.65 | $5,827.67 | $1,702.45 | $7,530.12 | $3,765.06 | $3,765.06 | $17,697.42 |
| Ronnie Perry | $1,263.44 | | $1,263.44 | $631.72 | $631.72 | $232.74 | $290.54 | $523.28 | $261.64 | $261.64 | $1,786.73 |
| Saira Mejia Barrera | $6,476.89 | | $6,476.89 | $3,238.45 | $3,238.45 | $5,781.79 | $1,135.13 | $6,916.92 | $3,458.46 | $3,458.46 | $13,393.82 |
| Samuel Lyles | $220.47 | | $0,220.47 | $110.24 | $110.24 | $0.00 | $67.61 | $67.61 | $33.81 | $33.81 | $288.08 |
| Santiago Reyes Velasquez | $3,831.39 | | $3,831.39 | $1,915.70 | $1,915.70 | $198.12 | $977.46 | $1,175.58 | $587.79 | $587.79 | $5,006.96 |
| Seth Jerrod Thompson | $194.61 | | $0,194.61 | $97.31 | $97.31 | $0.00 | $27.53 | $27.53 | $13.77 | $13.77 | $222.13 |
| Shagarie Thomas | $523.70 | | $0,523.70 | $261.85 | $261.85 | $0.00 | $159.32 | $159.32 | $79.66 | $79.66 | $683.02 |
| Sharonda White | $704.92 | | $0,704.92 | $352.46 | $352.46 | $63.50 | $201.12 | $264.62 | $132.31 | $132.31 | $969.53 |
| Shawanna Wilson | $39.52 | $1,500.00 | $1,539.52 | $769.76 | $769.76 | $0.00 | $9.12 | $9.12 | $4.56 | $4.56 | $1,548.63 |
| Tesa Jones Hernandez | $1,469.91 | | $1,469.91 | $734.96 | $734.96 | $0.00 | $365.65 | $365.65 | $182.83 | $182.83 | $1,835.56 |
| Timothy Scott Hall | $31.28 | $1,500.00 | $1,531.28 | $765.64 | $765.64 | $0.00 | $7.16 | $7.16 | $3.58 | $3.58 | $1,538.44 |
| Tomas Camargo Leon | $1,570.04 | | $1,570.04 | $785.02 | $785.02 | $290.86 | $246.03 | $536.89 | $268.45 | $268.45 | $2,106.92 |
| Tony Osby | $334.82 | | $0,334.82 | $167.41 | $167.41 | $0.00 | $103.54 | $103.54 | $51.77 | $51.77 | $438.35 |
| William Blake Hickman | $1,539.30 | | $1,539.30 | $769.65 | $769.65 | $0.00 | $443.24 | $443.24 | $221.62 | $221.62 | $1,982.54 |
| Yadira Garcia Martinez | $2,024.10 | | $2,024.10 | $1,012.05 | $1,012.05 | $1,861.57 | $457.79 | $2,319.36 | $1,159.68 | $1,159.68 | $4,343.46 |
| Yolanda Artis | $1,362.96 | | $1,362.96 | $681.48 | $681.48 | $853.53 | $129.33 | $982.86 | $491.43 | $491.43 | $2,345.82 |
| Zenobio Mata Chavez | $358.13 | $1,500.00 | $1,858.13 | $929.07 | $929.07 | $280.08 | $84.39 | $364.47 | $182.24 | $182.24 | $2,222.59 |
| | | | | $97,622.32 | $97,622.32 | | | | $66,382.53 | $66,382.53 | |

Total Payment: $328,009.69